# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 28, 2013

No. 12-10454

Lyle W. Cayce
Clerk

EQUANT, INCORPORATED, doing business as Orange Business Services,

Plaintiff - Appellant

v.

UNIFIED 2020 REALTY PARTNERS, L.P.; UNIFIED 2020 REALTY
PARTNER G.P., L.L.C.; B.V.L. PARTNERS, L.L.C.,

Defendants - Appellees

Appeals from the United States District Court
for the Northern District of Texas, Dallas
Cause No. 3:11-CV-838

Before KING, HIGGINBOTHAM, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The appeal is DISMISSED without prejudice except as to refiling in federal court. We do not reach the merits of this case. All pending motions are DENIED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.